UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STACY CREASY and TIFFANY HOGANS, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC., dba SPECTRUM,<br><br>Defendant. | Civil Action No. 2:20-cv-1199-F-4<br><br>Judge: Martin L.C. Feldman<br><br>Magistrate Judge: Karen Wells Roby |

**CHARTER COMMUNICATIONS' MOTION FOR ENTRY OF JUDGMENT AS TO PLAINTIFF TIFFANIE HOGANS PURSUANT TO FED. R. CIV. PROC. 54(b)**

**NOW COMES DEFENDANT**, Charter Communications, Inc. ("Charter"), who respectfully moves this Court for an order entering a final judgment as to Plaintiff Tiffanie Hogans' ("Hogans") claims.

On September 28, 2020, this Court entered an order dismissing Plaintiffs' First Amended Complaint for lack of subject matter jurisdiction over "all asserted TCPA violations alleged to have occurred before July 6, 2020," the date of the Supreme Court's decision in *Barr v. American Association of Political Consultants, Inc.*, 140 S. Ct. 2335, 2346 (2020). Dkt. No. 50 at 22. The Court's order entirely disposed of Hogans' claims and stayed a single remaining claim asserted by co-Plaintiff Stacy Creasy (not Hogans). *Id.*

Notwithstanding this Court's dismissal of her claims, and less than a month after this Court's dismissal order, Hogans filed a new lawsuit against Charter asserting *identical* claims in the United States District Court for the Eastern District of North Carolina. *See Hogans v. Charter*, No. 20-CV-00566, Dkt. No. 1 (Oct. 27, 2020). Under well-established law, the Court should enter

a partial judgment under Rule 54(b) to prevent Hogans' attempt to circumvent this Court's order because there is "no just reason for delay."  Fed. R. Civ. Proc. 54(b).

WHEREFORE, as set forth more fully in the accompanying memorandum in support of this motion, Charter requests this honorable Court enter a final judgment as to Plaintiff Hogans' claims under Rule 54(b).

Dated: November 18, 2020               Respectfully submitted,

**KABAT CHAPMAN & OZMER LLP**

/s/ *Ryan D. Watstein*
Ryan D. Watstein
*pro hac vice*
rwatstein@kcozlaw.com
171 17th Street NW, Suite 1550
Atlanta, Georgia 30363
(404) 400-7300
(404) 400-7333 (fax)

Paul A. Grammatico
*pro hac vice*
pgrammatico@kcozlaw.com
333 S. Grand Ave., Suite 2225
Los Angeles, California 90071
(213) 493-3988
(404) 400-7333 (fax)

David E. Redmann, Jr. (No. 23,267)
**Bradley Murchison Kelly & Shea LLC**
1100 Poydras St., suite 2700
New Orleans, Louisiana 70163
(504) 596-6300
(504) 596-6307 (fax)
dredmann@bradleyfirm.com

*Counsel for Defendant Charter Communications, Inc.*