## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Stacy Creasy, *on behalf of herself and others similarly situated*, | ) Civil Action No.: 2:20-cv-01199-MLCF-KWR<br>)<br>) |
| Plaintiff, | ) Judge: Martin L.C. Feldman<br>) |
| v. | ) Magistrate Judge: Karen Wells Roby<br>) |
| Charter Communications, Inc. dba Spectrum, | )<br>)<br>) |
| Defendant. | )<br>) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

1. On April 15, 2020, Stacy Creasy ("Plaintiff") filed her original class action complaint against Charter Communications, Inc., dba Spectrum ("Defendant"). *See* ECF No. 1.

2. On July 31, 2020, Plaintiff—together with a now-dismissed co-plaintiff[1]—filed her amended class action complaint against Defendant. *See* ECF No. 24.

3. On September 28, 2020, this Court dismissed for lack of subject matter jurisdiction all of Plaintiff's claims except for one based on a single text message she received from "Spectrum Mobile" after the Supreme Court issued its decision in *Barr v. Am. Ass'n of Political Consultants*, 140 S. Ct. 2335 (2020). *See* ECF No. 50.

4. Defendant has not, to date, filed "either an answer or a motion for summary judgment." *See* Fed. R. Civ. Pro. 41(a)(1)(A)(i).

5. Given as much, Plaintiff notifies this Court that she now dismisses without prejudice, pursuant to Rule 41(a)(1)(A)(i), her single claim not previously dismissed pursuant to

---

[1] On December 23, 2020, this Court dismissed Plaintiff's co-plaintiff's claims without prejudice. *See* ECF No. 58.

Rule 12(b)(1), which stems from a single text message Plaintiff received from "Spectrum Mobile" on July 11, 2020.

| | |
|---|---|
| Date: April 22, 2021 | /s/ Aaron D. Radbil<br>Aaron D. Radbil (*pro hac vice*)<br>Greenwald Davidson Radbil PLLC<br>401 Congress Avenue, Suite 1540<br>Austin, Texas 78701<br>Phone: (512) 803-1578<br>aradbil@gdrlawfirm.com<br><br>Katherine Z. Crouch<br>Crouch Law, LLC<br>2372 St. Claude Avenue, Suite 224<br>New Orleans, Louisiana 70117<br>Phone: 504-982-6995<br>Fax: 888-364-5882 |

**CERTIFICATE OF SERVICE**

I certify that on April 22, 2021, the foregoing document was filed with the Court using CM/ECF, which will send notification of such to all counsel of record.

/s/ Aaron D. Radbil
Aaron D. Radbil